UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PHILLIP J. SEILER,

    Petitioner,

    v.

J. BROWN, Warden,

    Respondent(s).

No. C 04-2911 PJH (PR)

**JUDGMENT**

    The court having entered a ruling today denying the petition for a writ of habeas corpus, judgment is entered in favor of respondent and against petitioner. Petitioner shall obtain no relief by way of his petition.

    **SO ORDERED.**

Dated: August 30, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge